# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT    ☒ INFORMATION    ☐ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Count One: 18 U.S.C. § 113(a)(4) -- Assault Within Special Maritime and Territorial Jurisdiction (Class A Misdemeanor)

Count Two: 18 U.S.C. § 113(a)(4) -- Assault Within Special Maritime and Territorial Jurisdiction (Class A Misdemeanor)

☐ Petty    ☐ Minor    ☒ Misdemeanor    ☐ Felony

**PENALTY:**
Count 1 -- Maximums: Imprisonment 1 year, Supervised Release 1 year, Fine $100,000, Special Assessment $25
Count 2 -- Maximums: Imprisonment 1 year, Supervised Release 1 year, Fine $100,000, Special Assessment $25

**DEFENDANT - U.S**
▶ Nhut Xuan Dao

**DISTRICT COURT NUMBER**
CR 16 69

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any):** National Park Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY    ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on this form:** BRIAN J. STRETCH
   ☒ U.S. Attorney    ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned):** WILLIAM J. EDELMAN

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☒ NO PROCESS*    ☐ WARRANT    **Bail Amount:** _____

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Date/Time:**    **Before Judge:**

**Comments:**

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. EDELMAN (CABN 285177)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    william.edelman@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>NHUT XUAN DAO,<br>    Defendant. | CASE NO.:<br><br>VIOLATIONS: 18 U.S.C. § 113(a)(4) – Assault Within Maritime and Territorial Jurisdiction (Class A Misdemeanor); 18 U.S.C. § 113(a)(4) – Assault Within Maritime and Territorial Jurisdiction (Class A Misdemeanor)<br><br>SAN FRANCISCO VENUE |

## INFORMATION

The Acting United States Attorney charges:

COUNT ONE: (18 U.S.C. § 113(a)(4) – Assault Within Maritime and Territorial Jurisdiction)

    On or about July 19, 2015, in the Northern District of California, at a place within the special maritime and territorial jurisdiction of the United States on land acquired for the use of the United States and under its concurrent jurisdiction, namely the Palomarin parking lot in the Point Reyes National

INFORMATION

1

1 | Seashore, the defendant,

2 | NHUT XUAN DAO,

3 | did knowingly and unlawfully assault by striking, beating, and wounding the victim D.K., in violation of
4 | Title 18, United States Code, Section 113(a)(4), a Class A Misdemeanor.

5 | <u>COUNT TWO</u>: (18 U.S.C. § 113(a)(4) – Assault Within Maritime and Territorial Jurisdiction)

6 | On or about July 19, 2015, in the Northern District of California, at a place within the special
7 | maritime and territorial jurisdiction of the United States on land acquired for the use of the United States
8 | and under its concurrent jurisdiction, namely the Palomarin parking lot in the Point Reyes National
9 | Seashore, the defendant,

10 | NHUT XUAN DAO,

11 | did knowingly and unlawfully assault by striking, beating, and wounding the victim M.D., in violation
12 | of Title 18, United States Code, Section 113(a)(4), a Class A Misdemeanor.

15 | DATED: February 10, 2016

BRIAN J. STRETCH
Acting United States Attorney

DANIEL KALEBA
Deputy Chief, General Crimes

20 | (Approved as to form: _____ )
WILLIAM J. EDELMAN
Special Assistant United States Attorney

28 | INFORMATION

2